**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-12-518 |
| | § | |
| NITIN DAYARABHAI-SHAH | § | |

Jury Note No ____1____

IS IT A CRIME to ~~knowingly~~ Rent a
ROOM KNOWING AN ILLEGAl ACT WIll occuR
That ROOM?

_____

Date: ~~Sat~~ 3-6-2013

Foreperson: _____

<u>Courts Answer</u>

Whether or not that would be a
Crime, Defendant is charged with Conspiracy to
harbor illegal aliens. The definition of that crime
is set forth on p. 11.

Date: 6 March, 2013.
11:30 a.m.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE